**Opinion issued October 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00275-CV**

———————————

**JACOB MARTIN STONE MORIARTY, Appellant**

**V.**

**CLAUDIA LETICIA ALVARADO TORRES, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-83413**

---

**MEMORANDUM OPINION**

On April 4, 2024, appellant, Jacob Martin Stone Moriarty, filed a notice of appeal from the trial court's January 8, 2024 final judgment. On May 16, 2024, the Court abated this appeal and referred the parties to mediation. On October 3, 2024, appellant and appellee, Claudia Leticia Alvarado Torres, filed a joint motion to

dismiss. In the motion, the parties represented that "mediation was a success" and they had "finalized their settlement agreement." They requested that the Court dismiss the appeal and that costs be "tax[ed] . . . against the party who incurred the same." *See* TEX. R. APP. P. 42.1(a)(2), (d). The motion to dismiss is signed by counsel for both parties.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c).

Accordingly, the Court reinstates the appeal on the Court's active docket, grants the parties' motion, and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). We direct the Clerk of this Court that costs are to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.